Gary A. Hamblet, State Bar No. 90250
John S. Na, State Bar No. 193969
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891 9100
Facsimile:   (213) 488-1178
ghamblet@mpplaw.com
jna@mpplaw.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV KHELA, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and Does 1 through 50, inclusive,<br><br>　　Defendants. | Case No.:  1:15-CV-01635---EPG<br><br>Removed from Fresno County Superior Court, Case No. 15CECG03010<br><br>**FIRST AMENDED SCHEDULING ORDER**<br><br>[Filed concurrently with Stipulation to Amend Scheduling Order]<br><br>Current Trial Date: March 7, 2017 |

　　Upon consideration of the Stipulation to Amend the Scheduling Order submitted by Plaintiff Baldev Khela and Defendant Safeco Insurance Company of America; and upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

　　1.　　Plaintiff Baldev Khela and Defendant Safeco Insurance Company of America's Stipulation to Amend the Scheduling Order is GRANTED; and

2. The Scheduling Order dated January 13, 2016 is amended as set forth below:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Non Expert Discovery Cut-off | June 13, 2016 | September 19, 2016 |
| Expert Disclosure | June 20, 2016 | September 27, 2016 |
| Rebuttal Expert Disclosure | June 30, 2016 | October 7, 2016 |
| Expert Discovery Cut-off | August 5, 2016 | November 4, 2016 |
| Non Dispositive Motion Filing | August 31, 2016 | November 30, 2016 |
| Dispositive Motion Filing | October 31, 2016 | January 31, 2017 |
| Settlement Conference | Not Set | Not Set |
| Pre-trial Conference | January 12, 2017 | April 13, 2017[1] |
| Jury Trial | March 7, 2017 | June 6, 2017[2] |

All other orders contained in the scheduling order issued on January 13, 2016 (Doc. 9) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 11, 2016**           /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The pretrial date was slightly modified to accommodate the Court's schedule.
[2] The trial date was slightly modified to accommodate the Court's schedule.