# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV KHELA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | **Case No.  1:15-cv-01635-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 22) |

On February 7, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 22.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **February 8, 2017**                                 /s/ Erica P. Grosjean
                                                                                   UNITED STATES MAGISTRATE JUDGE

1